| `PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | CASE NUMBER *(Tran. Court)* 2:94CR00343-01 |
|---|---|---|
| | | CASE NUMBER *(Rec. Court)* **3:17CR-24-DJH** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Kenneth R. Withers | DISTRICT Eastern District of Pennsylvania | DIVISION Philadelphia |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Clarence C. Newcomer | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3-13-15 — TO 3-12-20 |

OFFENSE
theft of government property (Count One); possession with intent to distribute cocaine (Counts Two and Three); and distribution of heroin (Counts Eight and 12)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of Pennsylvania</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court **for the Western District of Kentucky** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/14/17
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>**Western District of Kentucky**</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**David J. Hale, Judge**
**United States District Court**

February 21, 2017
*Effective Date*

*United States District Judge*