

# Case Assignment
# Criminal Transfer of Jurisdiction

Case number **3:17CR-24-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 2/21/2017 3:04:04 PM
Transaction ID: 8331

[Request New Judge] [Return]