PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Western District of Kentucky

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Kenneth R. Withers | Crim. No.   0644 3:17CR00024 |

On the above named was placed on supervised release for a period of 5 years.   The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision.   It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
*U.S. Probation Officer*

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

September 13, 2017

**David J. Hale, Judge
United States District Court**